Andre LeivA #AW0714
Name and Prisoner/Booking Number

C.S.D - Corcoran
Place of Confinement

P.o. Box 3471
Mailing Address

CORCORAN, CA    93212
City, State, Zip Code

**FILED**

**May 12, 2023**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Andre Leiva
(Full Name of Plaintiff)                Plaintiff,

v.

(1) I. Casanova
(Full Name of Defendant)

(2) Y. Mansour - DR

(3) DR. Pallimina

(4)
                        Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them

)
)
)
)
)
)  CASE NO. 1:23-cv-00738-GSA(PC)
)              (To be supplied by the Clerk)
)
)
)
)  **CIVIL RIGHTS COMPLAINT**
)  **BY A PRISONER**
)
)
)  ☑ Original Complaint
)  ☐ First Amended Complaint
)  ☐ Second Amended Complaint

RECEIVED

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

## A. JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:

☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).

☒ Other: _____.

2.   Institution/city where violation occurred: WASCO, CA - (State prison.)

RECEIVED

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

**B. DEFENDANTS**

1. Name of first Defendant: _I. Casanova_. The first Defendant is employed as:
_R.N. ~~@~~ ~~Dise~~ ~~phebison~~_ at _Wasco state. Prison_.
(Position and Title)                                  (Institution)

2. Name of second Defendant: _Y. Mansoup_. The second Defendant is employed as:
_DR._ at _Wasco state Prison_.
(Position and Title)                                  (Institution)

3. Name of third Defendant: _Pallimina_. The third Defendant is employed as:
_DR._ at _Wasco State Prison_.
(Position and Title)                                  (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
_____ at _____.
(Position and Title)                                  (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

**C. PREVIOUS LAWSUITS**

1. Have you filed any other lawsuits while you were a prisoner? ☑ Yes ☐ No

2. If yes, how many lawsuits have you filed? _1_. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _Andre Leiva_ v. _~~Warden~~ Jackson_
      2. Court and case number: _Eastern District Fresno Federal court $ N/A_.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _The case_
   _WAS ~~processed~~ Pleaded out to An Agreement._

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: The Right for Me to have my D.M.E (Durable Medical Equipment).

2. **Claim I**. Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

When I Arrived to Wasco State Prison on 05-2-2022. I was 1st Seen By RN. Casanova. I told her About my D.M.E's (Which is a shoe lift on my left leg for my leg length Descrepancies.) she said she'd go call And ask the Doctor About them. once She came back from talking to the Doctor, she then told me "You can't have your shoes leiva." I ask "why? these Are my D.M.E's for my leg length Descrepacy! I have to have these shoes in order to walk correctly mum. I recieved these Orthipedic shoes while Being housed in prison! I recieved these @ Salinas state prison, you can look up my chrono's in the system!!" Even After my pleas, she still denied me my D.M.E's, saying "Due to my shoes having Laces I couldn't have them, the Doctor said. That's was Dr. Pallimint who initially Denied my D.M.E's Due to shoe Laces! Then while still being housed @ Wasco state prison I saw DR. Y. Mansoup. I Asked him "Due to being Denied my D.M.E's, May I Be given A temporarily Assistive Device for my mobility impairment? It's Already hard to walk without my shoes!" He told me "NO!". Now, Due to DR. Y. Mansoup's Neglect, I suffered for An Additional (110 day's) Then Finaly recieved my D.M.E's! He could've At Least gave me A temporary cane or walker to help me walk At the time!!

4. **Injury**. State how you were injured by the actions or inactions of the Defendant(s).

Due to All (3) Defendants Neglect Doppression, I suffered major Back & hip pain that Kept me up Many nights for (110 DAY'S) So From 05-02-2022 to 08-19-2022 I was without my D.M.E's And walking in Balanced; which produced more pain & injury! Only if I was given the temporary medical Device's I inquired. I might not've suffered so greatly?!

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: The right to continue my Medication's upon Arrival to institution.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

- [ ] Basic necessities
- [ ] Mail
- [ ] Access to the court
- [x] Medical care
- [ ] Disciplinary proceedings
- [ ] Property
- [ ] Exercise of religion
- [ ] Retaliation
- [ ] Excessive force by an officer
- [ ] Threat to safety
- [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On 05-02-2022, I Arrived to wasco state prison with A Medicine prescription of: Tramadol, Gabapentin, Triliptal, & remron. It's stated in the california Department of corrections & Rehabilitation Title 15, That upon Arrival to the institution An inmates Medication should be given to him within A 8hr (hour) period. Well, upon my Arrival to the institution I'D Already missed (3) Medication Doses perscribed to me; therefore I was Already in Much pain. I Asked R.J. casanova "if I'D got my Medication?" She stated "We don't pass out medication Right here, this is just Screening." So she then goes over my Medical packet & documents All my information & Medications. She tells me "I See you're on Gabapentin. We don't give that in prison Anymore, so they'll be tapering You off of that Medication." I Asked her About my Tramadol, she said "You have to talk to the Doctor About that." She then took me off of my medication that I (CAME with!) Once I got Tappered off of my Gabapentin I was just left to suffer!! I recieved No help or medication for my injuries & pain. I had to write Medical Everyday! Didn't see a Doctor until About A Month later; which Didn't Avail to Anything! I then was Denied the Ability to (EVER) Be prescribed my pain Medication Tramadol Again! I was told By Dr.Y.MAN Soup that "there's NO WAY to get Tramadol or Gabapentin." which WAS A LIE!! I have Medical Proof DUE TO Being prescribed Gabapentin Right now!!

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

I Suffered In pain for (110 DAY'S) DUE to Being Denied my prescribed Medication!! Even though I wasn't put Back on All my medication, & recieved my D.M.E "@ the (110 day") mark, I'm still in pain DO to the Neglect I went through @ wasco State Prison; While Also Still Not getting my Tramadol, OR Medication that works Equally for pain.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [x] Yes [ ] No
   b. Did you submit a request for administrative relief on Claim II? [x] Yes [ ] No
   c. Did you appeal your request for relief on Claim II to the highest level? [x] Yes [ ] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## CLAIM III

1.   State the constitutional or other federal civil right that was violated: _____
_____.

2.   **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   ☐ Basic necessities          ☐ Mail            ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property        ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____.

5.   **Administrative Remedies.**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your
        institution?                                                        ☐ Yes   ☐ No
   b.   Did you submit a request for administrative relief on Claim III?     ☐ Yes   ☐ No
   c.   Did you appeal your request for relief on Claim III to the highest level?   ☐ Yes   ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
        did not. _____
        _____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

### E. REQUEST FOR RELIEF

State the relief you are seeking:

Relief: I Andie Leiva, Demand the relief of
Compensatory Damages in the Amount of: $12K ($12,000) And
Punitive Damages in the Amount of: $11K ($11,000).

I Also Demand that State institution's honor (ALL) Medical
Chrono's from Other Institutions'. As long as the chrono is Approved by
A (Doctor), it should therefore Be honored!!. So NO other Human Goes through this!

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ~~XXXXXXX~~ 3-2-2023
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.