IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **ANDRE LEIVA,**<br><br>Plaintiff,<br><br>v.<br><br>**CASANOVA, et al. ,**<br><br>Defendants. | Case No. 1:23-cv-00738-JLT-EGC (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER TO STAY DISCOVERY AND MOTIONS DEADLINES**<br><br>(Doc. 47) |

Defendants Casanova, Pallomina, and Mansour filed a Motion to Modify the Discovery and Scheduling Order to Stay Discovery and Motions Deadlines. (Doc. 47.) The Motion seeks a stay of discovery and motions deadlines until the Court rules on Defendants' Motion for Summary Judgment Based on Plaintiff's Failure to Exhaust Administrative Remedies (Exhaustion Motion). (Doc. 38.)

Having considered Defendants' motion to modify the scheduling order, and for good cause shown, the Motion is GRANTED. The deadlines for the completion of discovery and the filing of pretrial dispositive motions are hereby STAYED pending the Court's ruling on Defendants'

1

exhaustion based summary judgment motion.[1] If the Court denies Defendants' pending exhaustion motion, the Court will reset the relevant deadlines concerning the completion of discovery and the filing of pretrial dispositive motions.

IT IS SO ORDERED.

Dated:    **May 26, 2026**

UNITED STATES MAGISTRATE JUDGE

---

[1] That motion is fully briefed. The undersigned will issue findings and recommendations in due course. Once issued, following an objection period and in due course, District Judge Jennifer L. Thurston will issue an order concerning the pending motion.

2